UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **SCHEDULING ORDER**
                                  :
NAINESHKUMAR PATEL,                :
                                  :     23-mj-06797-PMH
           Defendant.              :
-------------------------------------------------------------x

A Change of Plea Hearing has been scheduled for February 22, 2024 at 12:00 p.m. in Courtroom 520 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
       February 14, 2024

_____
Philip M. Halpern
United States District Judge